UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY M. OBA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STEVE LARSEN, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-00395-KES-EPG<br><br>ORDER REGARDING NOTICE OF SETTLEMENT<br><br>(ECF NO. 43) |

On March 15, 2024, Plaintiffs filed a notice of settlement, stating as follows:

> NOTICE IS HEREBY GIVEN that Plaintiffs NANCY M. OBA, as an individual and as Trustee of the 1995 Oba Living Trust, dated September 8, 1995 ("Nancy"); and MARK T. OBA, as an individual and as Trustee of the 1995 Oba Living Trust, dated September 8, 1995 ("Mark" and, collectively, "Plaintiffs" or the "Obas") have settled and resolved all issues related to above referenced matter.
>
> The parties respectfully request that the court to set a status conference for the filing of the Request for Dismissal with prejudice in approximately 90 days to allow the parties to finalize their settlement documentation.

(ECF No. 43).

As a notice of settlement has been filed, the Court will vacate any and all deadlines and hearings currently pending before the Court. However, rather than set a status conference for the filing of a dispositional document, the Court will order the parties to file one by a specific date.

///

///

1

Accordingly, IT IS ORDERED as follows:

1. In light of Plaintiffs' notice of settlement, any and all deadlines and hearings currently pending before the Court are vacated. (ECF No. 43).
2. The parties shall file the appropriate dispositional document by no later than June 26, 2024.
3. However, if the parties believe that they need more time to file their dispositional document, they shall instead file a joint status report by no later than June 26, 2024, advising the Court of the status of finalizing their settlement documentation and stating when they will be able to file the dispositional document.

IT IS SO ORDERED.

Dated:  **March 18, 2024**                              /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE